UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

WILLIE C. ELLIOTT, 89C0148,

      Plaintiff,

      -v-

Judge MARIO J. ROSSETTI, Erie County
Supreme Court, Part #15, New York State,

      Defendants.

---

DECISION AND ORDER
12-CV-6371Fe

By Order dated October 3, 2012, the Court converted plaintiff's action, filed pursuant to 42 U.S.C. § 1983, to a petition pursuant to 28 U.S.C. § 2254, on the basis that the relief requested was only available by way of a habeas corpus petitioner. In the interest of justice, the petition was transferred to the Second Circuit Court of Appeals for determination of whether Mr. Elliott was authorized to bring the petition. Mr. Elliot had paid the $350.00 filing fee.

The Court inadvertently failed to order the refund of the surplus of Mr. Elliott's $350.00 filing fee over the amount necessary to file a habeas petition, $5.00. The Clerk of Court is directed to ensure the refund of $345.00 to Mr. Elliott on the basis that the civil action fee was paid in error.

      SO ORDERED.

Dated: Nov. 20, 2012
Rochester, New York

                                                CHARLES J. SIRAGUSA
                                                United States District Judge